PD-1130-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/31/2015 12:05:03 PM
Accepted 9/1/2015 11:58:42 AM
ABEL ACOSTA
CLERK

PD-1130-15

NO. _____

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## AT AUSTIN

----------------------------------------------------------------

## NO. 14-14-00353-CR

## IN THE COURT OF APPEALS FOR THE

## FOURTEENTH DISTRICT OF TEXAS

## AT HOUSTON

----------------------------------------------------------------

**ANDREW DEMOND HAYNES,**   **APPELLANT**

**V.**

**THE STATE OF TEXAS,**   **APPELLEE**

----------------------------------------------------------------

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

----------------------------------------------------------------

**Winston E. Cochran, Jr.**
Attorney at Law
Texas Bar No. 04457300
P.O. Box 2945
League City, TX 77574
Tel. (713) 228-0264
E-mail:winstoncochran@comcast.net

Counsel for Appellant

FILED IN
COURT OF CRIMINAL APPEALS

September 1, 2015

ABEL ACOSTA, CLERK

**TO THE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW the appellant, Andrew Demond Haynes (hereinafter "Haynes"), through the undersigned counsel, and respectfully requests that this Court extend the time to file a petition for discretionary review of the decision in this cause by the Court of Appeals for the Fourteenth District of Texas, for reasons set forth as follows.

1.     Haynes was indicted for Possession of a Controlled Substance, namely cocaine in an amount between four and 200 grams, with the intent to deliver it. A jury found the appellant guilty of the lesser offense of Possession of a Controlled Substance in such an amount, without an intent to deliver. Due to enhancement allegations, punishment was assessed at confinement for thirty years in the Texas Department of Criminal Justice, Correctional Institutions Division. Haynes gave timely notice of appeal.

2.     On appeal Haynes challenged the sufficiency of the evidence to show that Haynes knew that the amount of the controlled substance was such as to place it in a higher category for punishment. The Court of Appeals rejected that claim and affirmed the judgment of the district court on July 30, 2015.

3.     A petition for discretionary review is due on Monday, August 31, 2015. Haynes requests an extension of time for filing a petition until September 30, 2015.

4.     The reasons for the requested extension are as follows:

Since the date of the Court of Appeals' opinion in this cause, Haynes' counsel

has been unable to complete a petition in this cause due to competing obligations in

trial, appellate, and habeas cases, including the following:

(1) *Jose Pablo Lopez v. State*, No. 01-15-00055-CR in the Court of Appeals for the First District of Texas. This appeal from a Capital Murder conviction in Galveston County required a 53-page brief, filed on August 3, 2015.

(2) *United States v. Clarence Buck*, No. 4:13-cr-00491-1 in the United States District Court for the Southern District of Texas. This case is a Hobbs Act prosecution for store robberies, and the undersigned attorney has assisted the trial attorneys in preparing pretrial motions, including a challenge to the use of the Hobbs Act in such cases. The undersigned attorney also had to help trial counsel with the unanticipated problem of spoliation of evidence, which emerged in the middle of trial.

(3) *Ex parte Michael Ramirez*, No. 1334211-A in the 182nd District Court of Harris County. This state postconviction writ application had to be filed in early August, 2015 in order to toll the running of the AEDPA statute of limitations.

(4) *Pete Russell, Jr. v. William Stephens, Director, Texas Department of Criminal Justice, Correctional Institutions Division*, in the United States District Court for the Southern District of Texas. Counsel has been working on an amended petition (the equivalent of a memorandum of law in state habeas proceedings) in a death-penalty case.

5. The issue which Haynes intends to present in his petition will be the

following question, or a similarly worded question:

Did the Court of Appeals err in holding that the State was not required to prove that the defendant knew that the quantity of contraband was large enough to result in an increased punishment range?

This is essentially a question of statutory interpretation rather than a question of the

2

state of the evidence in the particular case.

Wherefore Haynes prays that the time for filing a petition for discretionary review in this cause be extended to September 30, 2015.

Respectfully submitted,

**/s/ Winston E. Cochran, Jr.**
Winston E. Cochran, Jr.
Attorney at Law
Texas Bar No. 04457300
P.O. Box 2945
League City, TX 77574
Tel. (713) 228-0264
E-mail:winstoncochran@comcast.net
Counsel for Appellant

## CERTIFICATE OF SERVICE

I certify that copies of this petition have been served on counsel for the State electronically or by mail at the following addresses on August 31, 2015:

Harris County District Attorney's Office
Appellate Division
Attention: Jessica Caird
1201 Franklin, Suite 600
Houston, TX 77002

Hon. Lisa C. McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711-3046

/s/ Winston E. Cochran, Jr.
Winston E. Cochran, Jr.